FILED
 2008 Sep-15 PM 12:35
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JIMMY F. SCOTT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-1511-VEH-TMP |
| | ) |
| **ASSISTANT WARDEN WISE,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 20, 2008, recommending that the defendants' motion for summary judgment be granted as to the plaintiff's claims against Defendants Wise and Wallace and that those claims be dismissed. It was further recommended that the defendants' motion for summary judgment be denied as to plaintiff's Eighth Amendment excessive force claims against Defendant Prater. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate

judge's recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact with regard to the plaintiff's claims against Defendants Wise and Wallace and that all of the defendants except Defendant Prater are entitled to judgment as a matter of law.  Defendants' motion for summary judgment is therefore due to be **GRANTED IN PART** and **DENIED IN PART** as follows:  The motion is due to be **GRANTED** as to all defendants and all claims **EXCEPT** the Eighth Amendment excessive force claims against Defendant Prater. The motion is due to be **DENIED** as to the Eighth Amendment excessive force claims against Defendant Prater.

    An appropriate order will be entered.

    **DONE** this the 15th day of September, 2008.

                                               **VIRGINIA EMERSON HOPKINS**
                                               United States District Judge